■ In the Matter of MARK H., Appellant.—In a proceeding pursuant to article 7 of the Family Court Act, the appeal is from so much of an order of the Family Court, Kings County, dated July 27, 1977, as placed appellant with the Division for Youth in a Title III facility. Order affirmed insofar as appealed from, without costs or disbursements. Upon the argument of this appeal, it was agreed that appellant has been home with his parents since October, 1977. Titone, J. P., Gulotta, Shapiro and Cohalan, JJ., concur.